UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BRENDA HIGHMAN, JAMES GUNTER, and STEVEN LIGHTFOOT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:04-CV-235 (Varlan/Shirley) |
| 31-W INSULATION CO., INC., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 25] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Defendant's Motion to Preclude Witnesses, Documents, and Other Evidence Based Upon Plaintiffs' Failure to Make Timely Initial Disclosures [Doc. 22].

The parties have advised the Court that this case has been settled. Accordingly, Defendant's Motion to Preclude Witnesses, Documents, and Other Evidence Based Upon Plaintiffs' Failure to Make Timely Initial Disclosures [Doc. 22] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                        **ENTER:**

                        s/ C. Clifford Shirley, Jr.
                        United States Magistrate Judge